**RE: URIAH HANNAH – Chapter 13**
Case No. 26-10872 SLM
03/03/2026

Dear Sir/Madam,

Please accept my sincere apologies regarding today's scheduled court appearance in the above-referenced Chapter 13 matter.

I was retained last Friday in preparation for the Tuesday hearing. Unfortunately, due to the limited timeframe and certain unforeseen challenges in completing all required documentation accurately and thoroughly, I was unable to finalize the necessary filings in time for today's proceeding.

I take full responsibility for this delay. It is always my priority to ensure that all documents are properly prepared, reviewed, and compliant before submission, and I regret that I was not fully prepared for today's court date.

Please be assured that all required documents for your Chapter 13 case (Case No. 26-10872) will be completed and filed well before March 11th, Thank you.

Best regards,
Moses Ligare.
Legal Support Specialist,